UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   -vs-<br><br>JOSE ROBERTO PACHECO-ARVIZO,<br><br>               Defendant. | NO.   CR-08-6040-WFN-1<br><br>**ORDER AND<br>JUDGMENT OF ACQUITTAL** |

    A post trial motion hearing was held December 1, 2008 concerning Defendant's Motion for Judgment of Acquittal (Ct. Rec. 60). The Defendant, who is in custody, was present and represented by Rick Hoffman and assisted by Court-appointed interpreter Levi Enriquez; Assistant United States Attorney Alex Ekstrom represented the Government. After making a finding of guilt at the time of the bench trial, the Court withdrew the finding of guilt in a subsequent order filed October 6, 2008 (Ct. Rec. 58). Upon review of the parties' briefing the Court concludes that the analysis of the word "travels" in *United States v. Jackson*, 480 F.3d 1014 applies to SORNA.

    The Court has reviewed the file and Motion and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

    **IT IS ORDERED** that:

    1. Defendant's Motion for Judgment of Acquittal, filed October 20, 2008, **Ct. Rec. 60**, is **GRANTED.**

    2. The Court finds that the Defendant is **NOT GUILTY** because the Government failed to prove an essential element of the crime.

**ORDER AND JUDGMENT
OF ACQUITTAL - 1**

1     3.  The sentencing hearing previously set for January 12, 2009 is **STRICKEN**.

2 The District Court Executive is directed to file this Order and provide copies to

3 counsel **AND TO** the United States Probation Office and to **CLOSE THIS FILE**.

4     **DATED** this 3rd day of December, 2008.

5

6                                                       s/ Wm. Fremming Nielsen

                                                            WM. FREMMING NIELSEN

7 12-02                                         SENIOR UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER AND JUDGMENT
OF ACQUITTAL - 2**